# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

130447

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

RUBIN LAMONT STONE,
    Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130447
COA: 256742
St Joseph CC: 03-012025-FH

On order of the Court, the application for leave to appeal the December 15, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

t0424

Clerk